# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **BRANT WRIGHT and** § <br> **TONYA WRIGHT,** § <br> § <br> *Plaintiffs,* § <br> § <br> v. § <br> § <br> **PRIMELENDING, A PLAINSCAPITAL** § <br> **COMPANY** § <br> § <br> *Defendant.* § | Civil Action No. 6:22-cv-12-JCB |

## STIPULATION OF DISMISSAL

Plaintiff and defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiffs are Brant Wright and Tonya Wright, defendant is Primelending, a Plainscapital Company.

2. On December 30th, 2021, plaintiff sued defendant.

3. Plaintiff moves to dismiss the suit.

4. Defendant, who has served an answer, agrees to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. A receiver has not been appointed in this case.

8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

Respectfully submitted,

By: /s/ *Shelley Hopkins* signed w/ permission
Shelley L. Hopkins
State Bar No. 24036497
HOPKINS LAW, PLLC
3 Lakeway Centre Ct., Suite 110
Austin, Texas 78734
(512) 600-4320
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP - *Of Counsel*
ShelleyH@bdfgroup.com
shelley@hopkinslawtexas.com

Robert D. Forster, II
State Bar No. 24048470
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP
4004 Belt Line Road, Ste. 100
Addison, Texas 75001
(972) 386-5040
(972) 341-0734 (Facsimile)
RobertFO@bdfgroup.com

**ATTORNEYS FOR DEFENDANT REGIONS BANK dba REGIONS MORTGAGE**

By: /s/*Ryan Daniel*
Ryan Daniel
State Bar No. 24090604
Law Offices of Ryan Daniel
1525 US Hwy 380, Suite 500 #102
Frisco, Texas 75033
(469) 688-0621
ryan@ryandaniellaw.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

  I hereby certify that on this ___ day of June 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and will send a true and correct copy to the following:

***VIA ECF:***
Shelley L. Hopkins
State Bar No. 24036497
HOPKINS LAW, PLLC
3 Lakeway Centre Ct., Suite 110
Austin, Texas 78734
ShelleyH@bdfgroup.com
**ATTORNEYS FOR DEFENDNAT**

              /s/ *Ryan Daniel*
              Ryan Daniel